IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON HICKS,

    Petitioner,                  No. CIV S-07-0897 FCD DAD P

    vs.

M. SHEPARD, Warden,

    Respondent.             ORDER

_____/

        On March 22, 2005, petitioner filed his petition for writ of habeas corpus in the United States District Court for the Central District of California. In that petition he challenges the Board of Parole Hearings' decision finding him unsuitable for parole. On June 28, 2005, respondent filed an answer to the petition. On August 26, 2005, petitioner filed a traverse. On May 7, 2007, over eight months after the filing of the travers and over two years after the filing of the petition, the U.S. District Court for the Central District of California transferred the case to this court.

        Now pending before this court is petitioner's request to file a supplemental traverse. Good cause appearing, the court will grant petitioner's request. In addition, the court will provide respondent with an opportunity to file a supplemental answer.

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's April 27, 2007 request for an extension of time to file a supplemental traverse is granted;

2. Within thirty days from the date of service of this order petitioner shall file a supplemental traverse; and

3. Within thirty days from the date of service of petitioner's supplemental traverse, respondent shall file a supplemental answer, if any.

DATED: October 7, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hick0897.111