IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RON HICKS,** | CIV S-07-0897 FCD DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **M. SHEPARD, Warden,** | |
| Respondent. | |

Respondent has requested a thirty-three day extension of time to file a Supplemental Answer to the Petition. Good cause appearing, IT IS HEREBY ORDERED that Respondent's request is granted. Respondent shall file a Supplemental Answer on or before December 29, 2008.

DATED: December 2, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/hick0897.111supp