# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON HICKS | Case No. 2:07-cv-00897-MSB |
| Petitioner, | **ORDER** |
| vs. | |
| M. SHEPARD, Warden at FSP, | |
| Respondent. | |

The Court is in receipt of Petitioner Ron Hicks's fully-briefed Petition for Writ of Habeas Corpus. (Dkt. #s 1, 7, 11). The Court will await the decision of the *en banc* panel of the United States Court of Appeals for the Ninth Circuit in *Hayward v. Marshall*, No. 06-55392, before ruling on the Petition.

DATED this 15th day of September, 2009.

/s/ Marsha S. Berzon
MARSHA S. BERZON
United States Circuit Judge
Sitting by designation