# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON HICKS, | Case No. 2:07-cv-00897-MSB |
| Petitioner, | **ORDER** |
| vs. | |
| MARK SHEPARD, Warden, Folsom State Prison, | |
| Respondent. | |

The Court is in receipt of Petitioner's fully briefed Petition for Writ of Habeas Corpus. (Dkt. #s 1, 7, 11). A ruling on the petition was awaiting the decision of the *en banc* panel of the United States Court of Appeals for the Ninth Circuit in *Hayward v. Marshall*, No. 06-55392. The en banc panel issued its decision on April 22, 2010. *See Hayward v. Marshall*, 603 F.3d 546 (9th Cir. 2010) (en banc).

**IT IS HEREBY ORDERED THAT:**

The parties are directed to file a status report concerning Petitioner's status within 14 days of the date this order is filed. The report shall be no more than five (5) pages and shall address the following questions: Has Petitioner been paroled? If not, has he received a parole hearing subsequent to the November 14, 2002 parole hearing at issue in this case? If so, what was the result? Does Petitioner have a confirmed parole hearing date? Are there any other proceedings that may affect his status?

1  DATED this 4th day of June, 2010.

2

3                                              /s/ Marsha S. Berzon
                                               MARSHA S. BERZON
4                                              United States Circuit Judge, sitting by designation

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28