1
2
3
4
5
6
7
8
9

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

RON HICKS,                              )   Case No. 2:07cv897 MSB
                                        )
            Petitioner,                 )   **ORDER**
                                        )
vs.                                     )
                                        )
M. SHEPARD, Warden,                     )
                                        )
            Respondent.                 )
_____)

10   Petitioner Ron Hicks, incarcerated and proceeding *pro se*, filed this habeas petition

11 under 28 U.S.C. § 2254 to challenge the California Board of Prison Terms' 2002 decision

12 denying him parole.  However, on July 7, 2010, Respondent Shepard filed a Motion to

13 Dismiss Mr. Hicks's Petition as Moot (doc. # 18), on the grounds that Mr. Hicks has been

14 found suitable for parole and released.  Mr. Hicks then filed a status report with this Court

15 (doc. # 19) confirming that he has been released and requesting that his petition be dismissed.

16   In light of the foregoing, Respondent's Motion to Dismiss (doc. # 18) is **GRANTED**,

17 and Mr. Hicks's Petition is **DISMISSED** as moot.  Mr. Hicks's Motion to Appoint Counsel

18 (doc. # 14) is **DENIED** as moot.  The Clerk shall close this case.

19   It is so ordered this 30th day of September, 2010.

20
21                                     /s/  Marsha S. Berzon

22                                     MARSHA S. BERZON
                                       United States Circuit Judge
23                                     Sitting by designation

24
25
26
27
28